IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LESA BARWICK, <br><br> Plaintiff, <br><br> v. <br><br> OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a Outback Steakhouse; JUSTIN BROWN; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3, <br><br> Defendants. | CIVIL ACTION NO.: 4:18cv312 |

### **SCHEDULING ORDER**

Before the Court is the parties' Report of Rule 26(f) Planning Meeting. Doc. 15. The format of this report is, however, incorrect and lacks certain information required for cases pending in front of the Hon. R. Stan Baker. *See, e.g.,* Rule 26(f) Report Form for Judge Baker Civil Cases. As a result, the parties are **DIRECTED** to file an amended Rule 26(f) Report within ten days from the date of this order. This amended report should use the form available on the Southern District of Georgia's website for Judge Baker Civil Cases.

**SO ORDERED**, this 20th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA