**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

LESA BARWICK,

    Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-312

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 29.) The Plaintiff has withdrawn the motion for attorneys' fees, and the parties agree to dismissal of this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 26th day of November, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA